# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D18-4028

———————————————————

HERSHEL WALKER,

    Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

    Respondent.

———————————————————

Petition for Writ of Certiorari—Original Jurisdiction.

June 21, 2019

PER CURIAM.

    DENIED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Hershel Walker, pro se, Petitioner.

Eric Salvatore Giunta, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.